IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Robin Lehr,<br><br>        Plaintiff,<br><br>-vs-<br><br>Select Portfolio Servicing, Inc. and Trans Union LLC,<br><br>        Defendant. | Case No. 4:24-cv-06524-JD |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO SELECT PORTFOLIO SERVICING, INC.

Plaintiff Robin Lehr hereby dismisses the claims against Defendant Select Portfolio Servicing, Inc. without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that the claims of the Plaintiff Robin Lehr against Defendant Select Portfolio Servicing, Inc. are dismissed without prejudice. The parties have agreed to settle this matter, and will file a dismissal with prejudice upon the completion of the settlement terms.

| | |
|---|---|
| DAVE MAXFIELD, ATTORNEY, LLC | ROGERS TOWNSEND LLC |
| s/ David A. Maxfield | s/ Sean M. Foerster |
| _____ | _____ |
| Dave Maxfield, Esq., FED ID No. 6293<br>P.O. Box 11865<br>Columbia, SC 29211<br>(803) 509-6800<br>(855) 299-1656 (fax)<br>dave@consumerlawsc.com | Sean M. Foerster (Fed. I.D. # 10396)<br>1221 Main Street, 14th Floor (29201)<br>Post Office Box 100200<br>Columbia, South Carolina 29202-3200<br>(803)771-7900<br>sean.foerster@rogerstownsend.com |
| *Attorney for Robin Lehr* | *Attorney for Select Portfolio Servicing, Inc.* |

DATED: December 19, 2024