IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Robin Lehr,<br><br>                                    Plaintiff,<br><br>-vs-<br><br>Select Portfolio Servicing, Inc. and Trans Union LLC,<br><br>                                  Defendant. | Case No. 4:24-cv-06524-JD |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO TRANS UNION LLC**

Plaintiff Robin Lehr hereby dismisses the claims against Defendant Trans Union LLC without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that the claims of the Plaintiff Robin Lehr against Defendant Trans Union LLC are dismissed without prejudice. The parties have agreed to settle this matter, and will file a dismissal with prejudice upon the completion of the settlement terms.

| | |
|---|---|
| DAVE MAXFIELD, ATTORNEY, LLC | MURPHY & GRANTLAND, PA |
| s/ David A. Maxfield | s/ Anthony W. Livoti |
| _____ | _____ |
| Dave Maxfield, Esq., FED ID No. 6293<br>P.O. Box 11865<br>Columbia, SC 29211<br>(803) 509-6800<br>(855) 299-1656 (fax)<br>dave@consumerlawsc.com | Anthony W. Livoti (Fed. I.D. # 6952)<br>4406-B Forest Drive<br>P.O. Box 6648<br>Columbia, SC 29260<br>(803) 782-4100<br>(803) 782-4140 Fax |
| *Attorney for Robin Lehr* | *Attorney for Trans Union LLC* |

DATED: January 28, 2025