IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Robin Lehr,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.; and Trans Union LLC,<br><br>　　　　　　Defendants. | C/A # 4:24-cv-06524-JD |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT SELECT PORTFOLIO SERVICING, INC.**

　　Pursuant to a settlement agreement, Plaintiff Robin Lehr hereby dismisses all of his claims against Defendant Select Portfolio Servicing, Inc., in this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

　　NOW THEREFORE, it is hereby stipulated that the claims of the Plaintiff Robin Lehr against Defendant Select Portfolio Servicing, Inc., are dismissed with prejudice, with each party bearing that party's own attorney's fees and costs.

*[signatures on the following page]*

| | |
|---|---|
| *s/ Dave A. Maxfield* | *s/ Sean M. Foerster* |
| Dave A. Maxfield (Fed. I.D. # 6293) | Sean M. Foerster (Fed. I.D. # 10396) |
| DAVE MAXFIELD, ATTORNEY, LLC | ROGERS TOWNSEND LLC |
| P.O. Box 11865 | 1221 Main Street, 14th Floor (29201) |
| Columbia, SC 29211 | Post Office Box 100200 |
| (803) 509-6800 | Columbia, South Carolina 29202-3200 |
| (855) 299-1656 (fax) | (803) 771-7900 |
| dave@consumerlawsc.com | sean.foerster@rogerstownsend.com |
| | |
| Attorney for Plaintiff Robin Lehr | Attorneys for Defendant Select Portfolio Servicing, Inc. |

*s/ Anthony W. Livoti*
Anthony W. Livoti (Fed. I.D. # 6952)
MURPHY & GRANTLAND, PA
4406-B Forest Drive P.O. Box 6648
Columbia, SC 29260 (803) 782-4100
(803) 782-4140 Fax
awlivoti@murphygrantland.com

Attorney for Defendant TransUnion LLC


DATED: February 6, 2025