IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Robin Lehr,<br><br>                                    Plaintiff,<br><br>-vs-<br><br>Select Portfolio Servicing, Inc. and Trans Union LLC,<br><br>                                    Defendant. | Case No. 4:24-cv-06524-JD |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC

Plaintiff Robin Lehr hereby dismisses the claims against Defendant Trans Union LLC with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that the claims of the Plaintiff Robin Lehr against Defendant Trans Union LLC are dismissed with prejudice. The parties have agreed to each pay their own fees and costs.

| | |
|---|---|
| DAVE MAXFIELD, ATTORNEY, LLC | MURPHY & GRANTLAND, PA |
| s/ David A. Maxfield | s/ Anthony W. Livoti |
| Dave Maxfield, Esq., FED ID No. 6293<br>P.O. Box 11865<br>Columbia, SC 29211<br>(803) 509-6800<br>(855) 299-1656 (fax)<br>dave@consumerlawsc.com | Anthony W. Livoti (Fed. I.D. # 6952)<br>4406-B Forest Drive<br>P.O. Box 6648<br>Columbia, SC 29260<br>(803) 782-4100<br>(803) 782-4140 Fax |
| *Attorney for Robin Lehr* | *Attorney for Trans Union LLC* |

DATED: February 26, 2025